CARROLL F. SHINNERS, Appellant, v. J. F. MORGAN, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARGARET SHINNERS, Appellant, v. J. F. MORGAN, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARJORIE SHINNERS, Appellant, v. J. F. MORGAN, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NETTIE COHEN, Respondent, v. S. S. KRESGE COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MORRIS COHEN, Respondent, v. S. S. KRESGE COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE FELTZ, as Administrator, etc., of EDWIN FELTZ, Deceased, Appellant, v. RILEY F. WHALEY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HELEN TOMCZYK, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLIE BRANT, Appellant, v. LINCOLN HUTTO, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE C. NOBLE, Appellant, v. GUY MCALLISTER, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ELIJAH L. WHITEHEAD, Respondent, v. FRANCIS B. DUFFLEY and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH MILLER, Appellant, v. A. G. MADISON, Whose First Name Is Unknown, and Others, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER ERWAY, as Administrator, etc., of NEWTON I. ERWAY, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.—Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER ERWAY, as Administrator, etc., of MILDRED P. ERWAY, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER ERWAY, as Administrator, etc., of DOROTHY L. SMITH, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.